IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02126-WDM-KLM

CONTINENTAL WESTERN INSURANCE COMPANY,

Plaintiff and Counterclaim Defendant,

v.

MILENDER WHITE CONSTRUCTION CO.,

Defendant,

and SHAY CONSTRUCTION, INC.,

Defendant and Counterclaimant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of a Stipulated Protective Order** [Docket No. 43; Filed April 13, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [Docket No. 43-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: April 14, 2011