IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02126-WDM-KLM

CONTINENTAL WESTERN INSURANCE COMPANY,

     Plaintiff and Counterclaim Defendant,

v.

MILENDER WHITE CONSTRUCTION CO.,

     Defendant,

and SHAY CONSTRUCTION, INC.,

     Defendant and Counterclaimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Unopposed Motion for Leave to File Sur-Reply to Plaintiff's Motion for Summary Judgment** [Docket No. 53; Filed May 12, 2011] (the "Motion") filed by Defendant Milender White Construction Company ("Defendant").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the proposed Surreply [Docket No. 53-1] provided by Defendant is accepted for filing as of the date of this Minute Order.

     Dated:  May 13, 2011